UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X------------------------------------------------------------X

AMY L. COLVIN

                Plaintiff

                                                                       CV-13-3595(SJF)(ARL)

    against

HUBERT KEEN, President of the State                 **MOTION IN LIMINE**
University at Farmingdale, State University
of New York, in his official and
individual capacities, et al.,

                Defendants.
X------------------------------------------------------------X

    PLEASE TAKE NOTICE, that upon the reading and filing of the annexed Declaration from James M. Ingoglia, Esq. duly affirmed the 13th day of May, 2016; and upon all the papers, pleadings and proceedings herein, the Plaintiff will move this Court at the Courthouse located at 100 Federal Plaza in Central Islip, NY on May 31, 2016, in the forenoon of that day or as soon after as counsel can be heard, for an Order granting the following relief:

    A. Granting the Plaintiff's Motion in Limine

    B. Granting Plaintiff such other and further relief as the Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that answering Affidavits or Memoranda, if any, are required to be served upon the undersigned at least seven (7) days before the return date of this Motion.

Dated: Mineola, New York
      May 13, 2016

                                       **RAISER & KENNIFF, P.C.**

                                       By: _/s/ James M. Ingoglia_
                                            James M. Ingoglia, Esq.
                                    300 Old Country Road, Suite 351
                                    Mineola, NY 11501
                                    Tel:   516-742-7600
                                    Fax:  516-742-7618
                                    Email: jingoglia@raiserkenniff.com

                                    *Attorneys For Plaintiff*

TO:    Toni E. Logue, Esq.
         Office of the Attorney General for the State of New York
         200 Old Country Road
         Mineola, NY 11743
         *Attorney For Defendants*