# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser, Esq.
Thomas A. Kenniff, Esq.
Anthony J. Colleluori, Esq.
James M. Ingoglia, Esq.
E. Gordon Haesloop, Esq.
Bruce R. Connolly, Esq.
John F. Campbell, III, Esq.
Ethan D. Irwin, Esq.
Valerie K. Mitchell, Esq.

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Emily Shaw Record, Esq.
Laura A. Mintz, Esq.
Khadija A. Misuraca, Esq.

September 7, 2016

**VIA ECF**

Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *Colvin v. SUNY Farmingdale, et al.*
*(13-cv-3595(SJF)(ARL))*

Dear Judge Feuerstein:

We represent Plaintiff in this matter and write to respectfully request permission to respond to Defendants' "Pretrial Memorandum," by no later than September 13, 2016.

While we believe that Defendants' Memo is essentially a request for reconsideration of the summary judgment motion and should be stricken, to the extent it is considered by the Court, we would like the opportunity to submit an Affirmation in Opposition to it.

We stand ready to provide additional information should it be required and appreciate the Court's attention to this matter.

Sincerely,

Anthony J. Colleluori, Esq.

cc: Toni Logue, Esq.

Manhattan Office
87 Walker Street
New York, New York 10013
212-274-0090

www.raiserkenniff.com

Suffolk Office
80 Orville Drive, Suite 100
Bohemia, New York 11716
631-338-5711