UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMY L. COLVIN,

                Plaintiff,                              13 Civ. 3595 (SJF) (ARL)

    -against-                                            **ECF CASE**

HUBERT KEEN, et al.                                   **NOTICE OF APPEARANCE**

                Defendants.
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that James M. Maloney hereby enters his appearance as additional counsel on behalf of Plaintiff AMY L. COLVIN for the limited purposes of filing Notice of Appeal and of addressing any pre-appeal issues relating to the imposition of costs as against Plaintiff.

Dated: October 17, 2016
       Port Washington, New York

                                                              /s/

                                                 James M. Maloney
                                                 33 Bayview Avenue
                                                 Port Washington, NY 11050
                                                 Tel: (516) 767-1395
                                                 Fax: (516) 767-1326
                                                 maritimelaw@nyu.edu

TO: all parties/counsel via ECF